IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

LINDA BELL,                                             *

        Plaintiff,                             *

v.                                                      Case No. 5:20-cv-00357-MTT-CHW

                                                *

COMMISSIONER OF SOCIAL SECURITY,

                                                *

        Defendant.

                                                *

## J U D G M E N T

Pursuant to this Court's Order dated October 6, 2021, and for the reasons stated therein, JUDGMENT is hereby entered remanding the decision to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g).

This 7th day of October, 2021.

                                                          David W. Bunt, Clerk

                                                          s/ Tydra Miller, Deputy Clerk