IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

LINDA BELL,                                          *

                         Plaintiff,                 *

v.                                                            Case No.  5:20-cv-00357-MTT-CHW

                                                    *

COMMISSIONER OF SOCIAL SECURITY,

                                                    *

                         Defendant.

_____   *


**J U D G M E N T**

Pursuant to the Order of this Court filed March 30, 2022, and for the reasons stated therein,

JUDGMENT is hereby entered awarding Plaintiff attorneys' fees in the amount of $7,079.19.

This 31st day of March, 2022.

David W. Bunt, Clerk


s/  Tydra Miller, Deputy Clerk